# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

### UNITED STATES

v.

### David D. TWEHUS
### Boatswain's Mate Second Class (E-5), U.S. Coast Guard

### CGCMS 24409

### Docket No.  1315

### 4 February 2010

Special Court-Martial convened by Commander, Maintenance & Logistics Command Pacific. Tried at Seattle, Washington, on 10 July 2008 and 25 August 2008.

| | |
|---|---|
| Military Judge: | CDR Ronald J. Bald, USCG |
| Trial Counsel: | LCDR Christopher A. Tribolet, USCG |
| Assistant Trial Counsel: | LT Austin D. Shutt, USCGR |
| Civilian Defense Counsel: | Michael J. Andrews, Esq. |
| Detailed Defense Counsel: | LT Christopher Jeter, USN |
| Appellate Defense Counsel: | LCDR Jeffery S. Howard, USCG |
| Appellate Government Counsel: | LT Alfred J. Thompson, USCGR |

## BEFORE
## McCLELLAND, McGUIRE & CHANEY
### Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of two specifications of wrongful use of marijuana and one specification of wrongful introduction of marijuana onto a military installation, in violation of Article 112a, Uniform Code of Military (UCMJ).  The military judge sentenced Appellant to reduction to E-3 and a bad-conduct discharge.  The Convening Authority approved the sentence as adjudged.  The pretrial agreement did not affect the sentence.

Before this court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

### Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Gail M. Reese
Deputy Clerk of the Court